JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM LASATER, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>WELLS FARGO BANK, N.A., et al. ,<br><br>                    Defendants. | CASE NO. CV 14-8193-GW(JCx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO ALL REMAINING DEFENDANTS**<br><br>Date:  January 12, 2015<br>Time:  8:30 a.m.<br>Ctrm:  10 |

There being no response or objection to the Court's Order to Show Cause why this action should not be dismissed for plaintiff's failure to appear at a Scheduling Conference on December 22, 2014 and for failure to prosecute, and there being no appearance by plaintiff or his counsel at the January 12, 2015 hearing on the Order to Show Cause, it is

ORDERED that this entire action is dismissed without prejudice as to Defendant NDeX West, LLC and Does 1 through 50, inclusive.

Dated: January 20, 2015

_George H. Wu_
_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Elizabeth Gonsalves, declare as follows:

I am employed in Los Angeles County at 20955 Pathfinder Road, Suite 300 Diamond Bar, California 91765. I am over the age of eighteen years and am not a party to this action.

On January 20, 2015, I served the attached document on the interested parties in this action, addressed as shown on the ATTACHED SERVICE LIST.

☐   BY MESSENGER, SAME DAY DELIVERY – By placing the document into an envelope addressed to each person shown on the service list and delivering the sealed envelope to a professional messenger service for personal, same day delivery.

☒   BY MAIL – By placing the document into an envelope and depositing the sealed envelope, with postage thereon fully prepaid, addressed to each person shown on the service list, for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day in the ordinary course of business.

☐   BY EXPRESS MAIL – By placing the document into an envelope and depositing the sealed envelope, with Express Mail postage paid, addressed to each person shown on the service list, in a facility regularly maintained by the United States Postal Service for receipt of Express Mail.

☐   BY FEDERAL EXPRESS – By placing the document into an envelope and depositing the sealed envelope, with overnight delivery fees paid, addressed to each person shown on the service list, in a facility regularly maintained by Federal Express or delivering the same to a driver authorized by Federal Express to receive documents.

☐   BY FACSIMILE – By sending the document via facsimile from (626) 915-0289 to each person and facsimile number shown on the service list. The transmission was reported as complete and without error. A copy of the activity report(s) generated by the facsimile machine is attached hereto.

☒   BY ELECTRONIC SERVICE VIA THE COURT'S CM/ECF SYSTEM

☐   STATE – I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct.

☒   FEDERAL – I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct and that I am employed in the Office of a member of the Bar at whose direction the service was made.

Executed on January 20, 2015, at Diamond Bar, California.

_____
ELIZABETH GONSALVES

[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO ALL REMAINING PARTIES
-2-

## SERVICE LIST

*Tim Lasater v. Wells Fargo Bank, N.A., et al.*
**United States District Court, Central District of California**
**Case No. CV 14-8193-GW (JCx)**

Marc Applbaum, Esq. (SBN 222511)                    Attorney for Plaintiff
KETTNER LAW CORP.
2150 W. Washington Street, Suite 104
San Diego, CA 92110
Phone: (888) 809-0724
Facsimile: (888) 809-4658
Email: marc@kettnerlawcorp.com

Viddell Lee Heard, Jr., Esq. (SBN 175049)           Attorney for Defendant
ANGLIN FLEWELLING RASMUSSEN                          Wells Fargo Bank, N.A.
CAMBPELL & TRYTTEN, LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101-2459
Phone: (626) 535-1900
Facsimile: (626) 577-7764
Email: vheard@afrct.com